UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TITLE OF ACTION

STATE DOES NOT HAVE IMMUNITY UNDER 42 U.S.C. 1983
VIOLATION OF 4TH, 5TH, 14TH AMENDMENTS
THEFT BY COURT 18 U.S.C. 641
VIOLATION OF FAIR DEBT COLLECTION ACT 15 U.S.C. 1692 SECTION 813
EXTORTION 18 U.S.C. 875
COLLUSION / CORRUPTION OF N.J. STATE JUDGES

MARCIA COPELAND, M.D.
Plaintiff

v.

UNITED STATES DEPARTMENT OF JUSTICE ET. AL.
Defendants

Docket No 1:13-CV-01397

TRIAL BY JURY REQUESTED

AMENDED
COMPLAINT

**PARTIES**
Dr. Marcia Copeland
2 Apple Ridge Way
East Brunswick, NJ 08816

**DEFENDANT 1**
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue. NW
Washington, D.C. 20530-0001

**DEFENDANT 2**
GOVERNOR CHRIS CHRISTIE ADMINISTRATION
P.O. BOX 001
TRENTON, NJ 08625

**DEFENDANT 3**
Prosecutor Office
25 Market Street
Trenton, NJ 08625

**DEFENDANT 4**
State of NJ
and its insurers
25 Market Street
Trenton, NJ 08625

**DEFENDANT 5**
Attorney General Office
970 Broad Street, 7th Floor
Newark, NJ 07102

THE STATE OF NEW JERSEY, BY WAY OF SUPPORT AND DEFENSE OF JUDGE DEBORAH SILVERMAN-KATZ AND JUDGE MARY COLALILLO, **HAVE MISUSED THE COURTS TO LEGALLY STEAL PLAINTIFF'S PRIVATE RENTAL BUSINESS (NOT FOR SALE) WITHOUT PAYING PURCHASE PRICE.**

JUDGE MARY COLALILLO NOW ILLEGALLY SERVES AS ACTIVE PROPERTY MANAGER AND LANDLORD OF PLAINTIFF'S PRIVATELY OWNED BUSINESS AND RESIDENCE. THE RECEIVER, MR. ROBERT SALDUTTI STATED **HE IS EXECUTING THE SPECIFIC, EXACT INSTRUCTIONS JUDGE COLALILLO ORDERED**. JUDGE COLALILLO HAS SUCCESSFULLY HUMULIATED AND DEFAMED PLAINTIFF IN THE PRESENCE OF EXISTING TENANTS, GOVERNMENT AGENCIES AND THE COURT.

JUDGE COLALILLO HAS **FORCEABLY EVICTED** PLAINTIFF'S RELATIVES FROM THEIR HOMES **IN THE PRESENCE OF THEIR MINOR CHILDREN WITH THE ASSISTANCE OF THE CAMDEN COUNTY SHERIFF'S DEPARTMENT**. PLAINTIFF'S RELATIVES WERE ONLY ALLOWED TO REMAIN IN THEIR HOMES **AFTER EXTORTION MONEY WAS PAID TO COURT APPOINTED RECEIVER ROBERT SALDUTTI**. ADDITIONALLY, SEVERAL TENANTS, ILLEGALLY THREATENED BY RECEIVER WITH EVICTION, ARE CURRENTLY VACATING PLAINTIFF'S PRIVATE PROPERTY. **ALL ACTIONS ARE A DIRECT RESULT OF JUDGE COLALILLO'S ILLEGAL RECEIVERSHIP ORDER**.

PLAINTIFF'S PRIVATE BUSINESS WAS PAID FOR BY EARNINGS RECEIVED FROM YEARS OF HARD WORK. NO MONEY WAS GIVEN TO PLAINTIFF BY STATE OR FEDERAL GOVERNMENT; THEREFORE, **PLAINTIFF DEMANDS FAIR MARKET VALUE OR THE FULL RETURN OF STOLEN PROPERTY BY WAY OF THIS SUIT**.

**THE STATE AND ITS JUDGES, BY WAY OF THIS LAWSUIT, ARE PLACED ON NOTICE THAT:**

1. PLAINTIFF IS **NOT RESPONSIBLE** FOR ANY LIABILITY ARISING ON ANY OF PLAINTIFF'S PRIVATE PROPERTY LISTED ON JUDGE COLALILLO'S **ILLEGALLY GENERATED** APRIL 7, 2013 RECEIVERSHIP ORDER;

2. UNTIL PLAINTIFF'S PRIVATE PROPERTIES ARE RETURNED, PLAINTIFF IS **NOT RESPONSIBLE** FOR (1) PAYMENT OF PROPERTY TAXES; (2) MORTGAGE PAYMENTS; (3) BUILDING REGISTRATION FEES; (4) WATER AND SEWER CHARGES; (5) HAZARD INSURANCE PAYMENTS; (6) MAINTENANCE ISSUES; (7) FEES FOR LATE PAYMENTS; OR (8) ATTACHMENTS/REMOVAL OF ANY PROPERTY LIENS BEGINNING APRIL 7, 2013 UNTIL SUCH TIME AS STOLEN PRIVATE PROPERTIES ARE RETURNED. PLAINTIFF **WILL NOT BE RESPONSIBLE NOR PAY FOR** ANY UNAUTHORIZED REPAIRS. ALL

ENTITIES LISTED ABOVE WILL BE NOTIFIED OF JUDGE COLALILLO'S TEMPORARY, ILLEGAL OWNERSHIP AND PROVIDED WITH ANY HELPFUL INFORMATION TO ASSIST IN THEIR RECOVERY OF DAMAGES;

3. ANY PRIVATE PROPERTY BELONGING TO PLAINTIFF MUST BE RETURNED TO PLAINTIFF **IN THE EXACT CONDITION** PRIOR TO ILLEGAL CONFISCATION;

4. ANY TENANT PLACED IN PLAINTIFF'S PRIVATE PROPERTIES SHALL AND WILL BE REMOVED **BEFORE** THE UNIT IS RETURNED TO PLAINTIFF;

5. AFTER PRIVATE PROPERTIES ARE RETURNED, **DEFENDANTS ARE REQUIRED TO PAY FULL RENT ON ALL UNITS** UNTIL PLAINTIFF IS ABLE TO SELECT NEW TENANTS. THE **STATE IS FULLY RESPONSIBLE** FOR RENTAL PAYMENTS ON **ALL** RENTAL UNITS ON ILLEGAL RECEIVERSHIP ORDER DATED APRIL 7, 2013 UNTIL THE CASE IS RESOLVED;

6. ANY DAMAGE TO PRIVATE PROPERTY, PERSONS, OR TENANTS WILL BE COMPENSATED **AT DEFENDANT'S SOLE EXPENSE** AND WITH **DEFENDANTS LIABILITY INSURANCE**;

7. PLAINTIFF IS REQUESTING **REPAYMENT OF ALL LEGAL FEES AND/OR EXPENSES** PLAINTIFF INCURRED ATTEMPTING TO VACATE ALL VOIDED ORDERS OBTAINED WITHOUT NOTICE OF PROCESS;

8. PLAINTIFF IS **SEEKING DAMAGES FOR ALL JUDGES AND PROSECUTORS IN SUPPORT OF IDENTITY THEFT AGAINST PLAINTIFF**. SOMEONE FILED A 2011 TAX RETURN IN PLAINTIFF'S NAME USING IDENTIFYING INFORMATION. MR. MARTIN ABO, THE PERSON WHO STOLE PLAINTIFF'S IDENTITY, USED FINANCIAL INFORMATION GIVEN TO HIM IN CONFIDENCE, TO DEFRAUD AND DEFAME PLAINTIFF. MR. ABO IS WELL KNOWN TO NAMED JUDGES ET. AL. AND WRITES A MONTHLY ARTICLE FOR THE *BARRISTER*, A SOUTH JERSEY LEGAL PAPER. MR. ABO IS ALSO A MEMBER OF THE SOUTH JERSEY BAR ASSOCIATION;

9. JUDGE MARY COLALILLO AND RECEVER, MR. ROBERT SALDUTTI, SHOULD BE HELD **PERSONALLY AND LEGALLY ACCOUNTABLE** FOR DEFAMATION AND SLANDER OF PLAINTIFF'S CHARACTER TO PLAINTIFF'S TENANTS AND MEMBERS OF PLAINTIFF'S COMMUNITY AND NEIGHBORHOOD. JUDGE COLALILLO ORDERED PLAINTIFF'S ARREST IF PLAINTIFF INTERFERED WITH ANY EFFORT DEFENDANTS USED TO COLLECT PLAINTIFF'S RENT, WHEREBY, FURTHER DEFRAUDING PLAINTIFF;

10. PLAINTIFF IS SEEKING **COMPENSATION FOR UNCONSTITUTIONAL, ILLEGAL ARREST** ORDERED BY HONORABLE JUDGE SILVERMAN-KATZ TO OBTAIN ADDITIONAL FINANCIAL INFORMATION NEEDED TO FURTHER DEFRAUD PLAINTIFF.

11. CAMDEN COUNTY SHERIFF'S OFFICERS ESCORTED PLAINTIFF FROM JUDGE LASKIN'S COURTROOM AND OUT OF THE COURT BUILDING AT THE DIRECTION OF JUDGE LASKIN IN AN EFFORT TO SILENCE PLAINTIFF. **JUDGE LASKIN WOULD NOT ENTERTAIN THE IDEA THAT HE HAD NO JURISDICTION OVER JUDGE COLALILLO'S EVICTION CASES WHICH WERE BEFORE HIM FOR CONSIDERATION**. JUDGE LASKIN **CHOSE** TO BELIEVE JUDGE COLALILLO'S RECEIVER, MR. ROBERT SALDUTTI, THAT (1) NO APPEAL OR STAY EXISTED ON THE CASE; (2) PLAINTIFF WAS LYING ABOUT APPLICATION MADE TO THE APPELLATE COURT; (3) THAT THE RECEIVERSHIP ORDER WAS NOT ON APPEAL; AND (4) A STAY WAS ON FILE AT THE APPELLATE COURT FROM JUNE, 7 2013. JUDGE LASKIN ALSO DECIDED HE HAD HEARD ENOUGH FROM PLAINTIFF ON JULY 11, 2013. **JUDGE LASKIN BELIEVED HE HAD JURISDICTION TO RULE AND WANTED PLAINTIFF REMOVED FROM THE COURT ROOM AND COURTHOUSE TO SILENCE PLAINTIFF IN VIOLATION OF PLAINTIFF'S AMENDMENT AND CIVIL RIGHTS**. JUDGE LASKIN INSTRUCTED PLAINTIFF'S TENANTS TO DISCLOSE PRIVATE, CONFIDENTIAL INFORMATION TO JUDGE COLALILLO AND HER RECEIVER ROBERT SALDUTTI WHEREBY, VIOLATING THEIR RIGHTS TO PRIVACY AND ASSISTING THESE CRIMINALS IN EMBEZZLING FROM PLAINTIFF. **THERE ARE NUMEROUS COMPLAINTS ON INTERNET BLOGS WHICH ECHO A RECURRING PATTERN OF BEHAVIOR CONSISTENTLY DISPLAYED BY JUDGE COLALILLO**. JUDGE COLALILLO PLANTED HERSELF IN CHANCERY JUST AS AN ADDICT WOULD CHOOSE A JOB IN ANESTHESIA FOR EASY ACCESS TO THE DRUGS THEY NEED. **IT IS STATED REPEATEDLY THAT JUDGE COLALILLO EMBEZZLED FROM COURT LITIGANTS TO ENRICH CERTAIN LAW FIRMS**. WAS A RECEIVER ASSIGNED TO PLAINTIFF'S PRIVATE PROPERTY AND ASSETS SIMPLY TO ENRICH HIS LAW FIRM? **INTERNET BLOGGERS HAVE ALL CONCLUDED JUDGE COLALILLO RULES WITHOUT REGARD OF HIGHER COURTS JURISDICTION. PLAINTIFF'S CASE WAS FILED WITH APPELLATE COURT ON MAY 5, 2013 AND JUDGE COLALILLO DISREGARDED NOTICE INFORMING HER THAT THE CASE WAS DOCKETED. ILLEGALLY, JUDGE COLALILLO CONTINUED TO RULE**.

12. CAMDEN NJ STATE SHERIFF OFFICERS **REMOVED** PLAINTIFF'S RELATIVE FROM HIS PRIVATE HOME WITH A LANDLORD /TENANT ORDER ISSUED BY JUDGE LASKIN. PLAINTIFF'S COUSIN PAID EXTORTION MONEY TO JUDGE COLALILLO TO PREVENT HIS SIX YEAR OLD FROM WITNESSING HIS FAMILIES EVICTION. WHICH LAWS OR STATUES SUPPORT THIS BEHAVIOR? **JUDGE COLALILLO OFFERED PLAINTIFF'S COUSIN A NEW LEASE TO BEGIN TENANCY AGREEMENT WITH HER IN A BUILDING OWNED BY OKAINFYUU.PLAINTIFF**. WHAT LAW OR STATUE SUPPORTS THIS BEHAVIOR? IN THE ABSENCE OF A DEBT, NO DEBT SUBSTANTIATED IN ANY COURT IN THE UNITED STATES, WHAT WOULD ACCOUNT FOR THESES LAWLESS ACTIONS? **JUDGE COLALILLO HAS NO INTEREST IN ESTABLISHING A DEBT AS IT WOULD BE COUNTER-PRODUCTIVE TOWARD HER GOAL OF SEPARATING PLAINTIFF FROM AS MUCH MONEY AS SHE POSSIBLY COULD.**.

13. IF THE STATE FAILS TO ESTABLISH WHERE, WHEN, WHY AND HOW MR. ABO PROVIDED SERVICE FOR PLAINTIFF, AND IN WHAT CAPACITY, **PLAINTIFF'S RIGHTS AND PRIVACY HAVE BEEN GROSSLY VIOLATED**. STATE OF NJ **WAS AWARE** OF COMPLAINTS REGARDING JUDGE MARY COLALILLO AND TOOK NO ACTION. **THEIR LACK OF RESPONSE UNLEASHED THIS CORRUPT JUDGE AND HER RECEIVER TO DEFRAUD PLAINTIFF**.

14. **STATE OF NJ MAY BE IN POSSESSION OF COMPLAINTS REGARDING JUDGE COLALILLO AND TOOK NO ACTION TO PROTECT ITS CITIZENS FROM THE INCOMPETENCE AND CORRUPTION OF THIS JUDGE**. INTERNET BLOGS SUGGEST JUDGE COLALILLO PATRONIZES CERTAIN LAW FIRMS AND AWARDS THEM REVENUE. COLALILLO WAS COLLECTING ON A DEBT ASSIGNED BY JUDICIARY. **THIS DEBT WAS ASSIGNED WITHOUT NOTICE OF PROCESS OR HEARING AND WITH FORGED DOCUMENTS BY MR. MARTY ABO**. AFTER REVIEWING THE UNITED STATES POSTAL SERVICE (U.S.P.S.) DOCUMENTS OUTLINING FORGERY AND IDENTITY THEFT, JUDGE MARY COLALILLO FAILED TO REPORT MR. ABO TO PROSECUTORS. INSTEAD, JUDGE COLALILLO INITIATED COLLECTION PROCEEDINGS APPOINTING A RECEIVER TO COLLECT MONEY FROM PLAINTIFF'S PRIVATE ESTABLISHMENTS. JUDGE COLALILLO **WILL NEVER BE ABLE TO PROVIDE** A TIME, DATE, OR LOCATION FOR ANY DEBT CREATED BETWEEN PLAINTIFF AND ANY OF THE PARTIES SHE IS COLLECTING FOR. JUDGE COLALILLO HAD NO LEGAL RIGHTS TO; (1) ENTER ONTO PLAINTIFF'S PRIVATE BUSINESS AND INTEREFERE WITH PLAINTIFF'S TENANTS; (2) TAKE POSSESSION; (3) THREATEN PLAINTIFF'S ARREST FOR INTERFERENCE WITH HER RECEIVER; (4) ISSUE NEW LEASES TO PLAINTIFF'S TENANTS; (5) SLANDER AND LIBEL PLAINTIFF AND PLAINTIFF'S TENANTS; AND (6) POST NOTICES ON THE DOORS OF

PLAINTIFF'S PRIVATE PROPERTIES IN CLEAR VIEW FOR ENTIRE NEIGHBORHOOD TO SEE.

15. **JUDGE COLALILLO NEVER PAID A PURCHASE PRICE AND HAS NOT PAID RENT FROM MAY TO DATE. SHE HAS ALSO FAILED TO PAY MORTGAGE PAYMENTS, PROPERTY TAXES, BUILDING REGISTRATION FEES, HAZARD INSURANCE, WATER AND SEWER BILLS, LATE PAYMENT FEES, ATTRACTION/REMOVAL OF LIENS, AND MAINTENANCE ISSUES.**

## COUNT ONE

### VIOLATION OF 4TH, 5TH AND 14TH AMENDMENT RIGHTS.

1. SEIZURE OF PRIVATELY OWNED PROPERTY WITHTHOUT CAUSE;

2. STATE OF NJ MAY BE IN POSESSION OF COMPLAINTS OUTLINING, IN DETAIL, JUDGE MARY COLALILLO'S LAWLESS BEHAVIOR. **THE STATE HAS TAKEN NO ACTION REGARDING THESE COMPLAINTS**. JUDGE COLALILLO **SLANDERED AND LIBELLED** PLAINTIFF AND USED THE COURT TO STEAL PLAINTIFF'S PRIVATE RENTAL BUSINESS. SHE IS NOW THE ACTIVE LANDLORD, PROPERTY MANAGER AND REAL ESTATE AGENT OF PLAINTIFF'S PRIVATE PROPERTY. JUDGE COLALILLO IS BEING DEFENDED BY NJ STATE PROSECUTOR FOR VIOLATING THE PRIVACY AND RIGHT TO QUIET ENJOYMENT OF PROPERTY AND TENANCY.

3. MR. ABO FILED A COMPLAINT IN COURT STATING HE WAS OWED A DEBT. **HE PROVIDED NO NOTICE OF PROCESS, HEARING, OR OBLIGATION TO PROVE THIS ALLEGED DEBT AND WAS GRANTED $49777.86 OF PLAINTIFF'S MONEY**. WHO IN UNITED STATES IS ABLE TO WALK INTO COURT AND GET FREE MONEY FROM JUDICIARY WITHOUT OBLIGATION TO NOTIFY "ABSENTEE DEFENDANT"AS MR. ABO CLAIMED? NO NOTICE OF PROCESS WAS PLACED IN THE NEWAPAPER OR UPON 21 (TWENTY ONE) RENTAL PROPERTIES OWNED BY PLAINTIFF. MR. ABO PRESENTED 2 (TWO) U.S.P.S. FORMS 3800 AND 3811 **SIGNED BY S. SOBERS** AND WAS GRANTED RECEIVERSHIP OF PLAINTIFF'S PRIVATE PROPERTY. **WHEN STATE COURT WAS NOTIFIED BY WAY OF MOTION TO SET ASIDE DEFAULT, JUDGE SILVERMAN-KATZ STATED REASON TO REINSTATE AND SET ASIDE DEFAULT WAS NOT MERITORIOUS. JUDGE SILVERMAN-KATZ DECIDED NOTICE OF PROCESS WAS NOT NECESSARY**. ANY NOTICE OF PROCESS WOULD'VE RESULTED IN OPPOSITION ON THE RECORD. THE LEAST AMOUNT OF INFORMATION STATED ON THE RECORD REGARDING THIS IMAGINARY DEBT THE EASIER THE EFFORTS TO DEFRAUD.

4. ON JULY 7, 2013, STATE EMPLOYEES WERE ORDERED TO ESCORT BANISHED PLAINTIFF FROM COURT BUILDING AT 101 S. 5TH STREET, CAMDEN, NJ 08101. PLAINTIFF WAS RUDELY SPOKEN TO BY JUDGE, ORDERED OUT OF THE BUILDING AND THREATENED WITH ARREST. COURTS ARE PUBLIC BUILDINGS AND PLAINTIFF PAYS SIGNIFICANT TAXES TO CAMDEN COUNTY AND SHOULD NOT HAVE BEEN REMOVED FROM COURT **WITHOUT JUST CAUSE**. PLAINTIFF PAYS MORE TAXES THAN THE JUDGE ORDERING PLAINTIFF'S REMOVAL. JUDGE LASKIN ATTEMPTED TO SILENCE PLAINTIFF BY ORDERING PLAINTIFF'S REMOVAL.

5. NJ STATE EMPLOYEES WERE USED TO VACATE PLAINTIFF'S TENANTS FROM PRIVATELY OWNED BUILDING PURCHASED WITH PLAINTIFF'S MONEY OBTAINED FROM HARD WORK. **NO FEDERAL OR STATE FUNDS WERE USED TO PURCHASE PLAINTIFF'S PRIVATE PROPERTY**.

6. **ILLEGAL ARREST ORDERED BY JUDGE SILVERMAN-KATZ**. JUDGE SILVERMAN-KATZ WANTED PLAINTIFF TO COMPLETE AN INFORMATION SUBPONEA TO OBTAIN ADDITIONAL FINANCIAL INFORMATION TO FURTHER DEFRAUD PLAINTIFF. **SHE REQUESTED SUBPONEA FOR A DEBT SHE NEVER BOTHERED TO SUBSTANTIATE**. CAMDEN COUNTY OFFICER MOORE, **PARADED PLAINTIFF AROUND THE COURTROOM AND ESCORTED PLAINTIFF TO THE BATHROOM BASED ON ARREST ORDER FROM JUDGE SILVERMAN -KATZ**.

7. **JUDGE COLALILLO ORDERED ARREST IF PLAINTIFF INTERFERED WITH HER RECEIVER'S LAWFIRM PROFITING ILLEGALLY FROM PLAINTIFF'S PRIVATELY OWNED BUSINESS**. INTENT TO ARREST PLACED IN RECEIVERSHIP ORDER DATED APRIL 7, 2013 WHICH STATED PLAINTIFF WILL BE ARRESTED IF PLAINTIFF PREVENTS JUDGE'S RECEIVER FROM DEFRAUDING PLAINTIFF'S PRIVATE ESTABLISHMENTS

.

## COUNT TWO

## THEFT

1. USING THE COURT AND GUISE OF COLLECTING A DEBT TO CONCOCT A SCHEME TO EMBEZZLE MONEY FROM PLAINTIFF'S BUSINESS IN ORDER TO FUND SPECIFIC LAWFIRMS.

2. JUDGE SILVERMAN-KATZ **ASSIGNED A DEBT AND REFUSED TO SET ASIDE DEFAULT WITH A TIMELY MOTION,** THEREFORE, IN DIRECT VIOLATION OF 28 U.S.C. 1655. **ASSIGNED DEBT WAS ABSOLUTELY NECESSARY TO START THE PROCESS FOR EMBEZZLEMENT TO FUND SPECIFIC LAWFIRMS**.

3. RECEIVER ASSIGNED OVER **PRIVATELY OWNED BUSINESS** TO COLLECT ON TRUMPED UP, UNSUBSTANTIATED, IMAGINARY DEBT.

4. MR. ABO ET. AL. **USED IDENTITY THEFT TO OBTAIN ARBITRATION AWARD AND RECEIVERSHIP**. STATE UNLEASHED JUDGES ON THE PUBLIC TO CAUSE GREAT HARM TO ITS CITIZENS.

## COUNT THREE

## VIOLATION FAIR DEBT COLLECTION ACT

1. THREATENED EVICTION IN FORTY EIGHT HOURS IF NO MONEY WAS RECEIVED.

2. ENTERED PROPERTY **ON MORE THAN ONE OCCASION** TO DISCUSS AND **BLATENTLY LIED TO PLAINTIFF'S TENANTS REGARDING THE NON-EXISTENT DEBT** HE WAS ASSIGNED TO COLLECT ON. NO EXPLANATION TO PLAINTIFF'S TENANTS THAT THE DEBT WAS IMAGINARY AND NEVER SUBSTANTIATED.

## COUNT FOUR

## EXTORTION

1. **ILLEGALLY FILING EVICTIONS AND COLLECTING MONIES FROM TENANTS ON THE SPOT BEFORE ALLOWING THEM TO REMAIN IN THEIR HOMES**. EXTORTION MONIES NEVER TURNED OVER TO PLAINTIFF. NO TAXES, MORTGAGE, INSURANCE, WATER OR SEWER BILLS HAVE BEEN PAID BYCURRENT ACTIVE PROPERTY MANAGER JUDGE COLALILLO

## COUNT FIVE

## COLLUSION, CORRUPTION

1. JUDGE COLALILLO **TRANSFERRED AN APPROPRIATELY FILED COMPLAINT AGAINST HER RECEIVER**, MR. SALDUTTI, TO HER COURTROOM IN ANOTHER COUNTY TO **CONTROL THE OUTCOME OF THE CASE**. JUDGE COLALILLO THEN DISMISSED THE COMPLAINT.

2. JUDGE COLALILLO **REFUSED TO REPORT IDENTITY THEFT OF MR. ABO AND MR. KARCICH TO PROSECUTING AUTHORITIES** AND AWARDED THEM RECEIVERSHIP OF PLAINTIFF'S PRIVATE PROPERTY.

3. JUDGE COLALILLO **ASSIGNED RECEIVER TO PRIVATELY OWNED BUSINESS BY PLAINTIFF TO COLLECT ON AN ALLEGED, UNSUBSTANTIATED DEBT**. RECEIVER HAS KNOWLEDGE THAT THE PERSON ALLEGING THE DEBT **NEVER** PROVIDED SERVICE UNDER CUM-L-000526-08. ROBERT SALDUTTI, RECEIVER, STATED IN COURT, "I TAKE MY JOB SERIOUSLY." I BELIEVE MR. SALDUTTI WOULD TAKE HIS JOB SERIOUSLY AS HIS LAWFIRM STANDS TO BENEFIT IMMENSELY. **MR. SALDUTTI IS COLLECTING HIS SHARE OF MONEY FOR HIS LAW FIRM. PLAINTIFF'S PRIVATE BUSINESS WILL NOT PAY 1 (ONE) CENT TO FUND ANY OF MR. ABO ET. AL.'S VENTURES. PLAINTIFF DID NOT MAKE APPLICATION TO JUDGE COLALILLO FOR ANY RECEIVER SO WHY WAS ONE ASSIGNED**? PLAINTIFF DOES NOT OWE ANY MONEY TO ANYONE IN JUDGE COLALLILO'S GROUP OF CRIMINALS. WHY WAS A RCEIVER ASSIGNED TO PLAINTIFF'S PRIVATELY OWNED BUSINESS?

**IF I WERE THE JUDGE ASSIGNED TO ANY CASE I WOULD WANT TO HEAR THE MERITS OF THE CASE AND THEN I WOULD RULE ACCORDINGLY. HOW MUCH MORE WOULD I HEAR THE MERITS OF A CASE THAT COULD/WOULD AFFECT THE LIVES OF MORE THAN 21 (TWENTY ONE) PEOPLE AND THE LIFE OF THE PLAINTIFF. I WOULD BE ABSOLUTELY CERTAIN MY ACTIONS WERE JUSTIFIED BECAUSE MY DECISION MIGHT BE IRREVERSIBLE. I WOULD HAVE TO SUBSTANTIATE A REAL, VALID DEBT WAS OWED. THE DEFENDANT WOULD HAVE TO PROVIDE ME WITH PROOF THAT A REAL DEBT WAS OWED.**

PLAINTIFF'S RIGHTS HAVE BEEN GROSSLY VIOLATED. **PLAINTIFF IS LEGALLY BEING FORCED BY THE COURTS TO PAY A DEBT NOT OWED. PLAINTIFF IS BEING BLOCKED ON EVERY LEGAL LEVEL FROM SPEAKING AND PRESENTING EVIDENCE. PLAINTIFF IS SPOKEN TO NEGATIVELY, RUDELY AND AGGRESSIVELY BY JUDGES WHO BEHAVE UNPROFESSIONAL. THE MERITS OF THIS CASE HAVE NEVER BEEN HEARD, THEREFORE, LEGALLY SILENCING PLAINTIFF**. MR. ABO NEVER INTENDED TO ASSIST ME. HE IS A CAREER CRIMINAL WHO LEGALLY IS ALLOWED TO DEFRAUD PLAINTIFF, THE COURT SYSTEM, AND NAMED JUDGES. NAMED JUDGES ARE **ASSISTING AND EMPOWERING RECEIVER** IN CONTINUANCE OF CRIMINAL, BULLYING ACTIVITY. UNFORTUNATELY, THE LIVES OF 21 (TWENTY ONE) TENANTS AND THEIR FAMILIES ARE BEING ALTERED AND THEY ARE BEING VICTIMIZED. ALL OF PLAINTIFF'S TIME, OUTSIDE OF MEDICINE, IS COMPLETELY DEDICATED TO THE RETURN OF STOLEN PRIVATE PROPERTY. AS A SINGLE PARENT, THIS IS EFFECTING THE LIFE OF PLAINTIFF'S 8 (EIGHT) YEAR OLD SON. **PLAINTIFF IS SEEKING JUSTICE AND WILL CONTINUE UNTIL JUSTICE IS ACHIEVED, ALL STOLEN PROPERTY IS RETURNED AND ALL**

**RESPONSIBLE PARTIES ARE ACCOUNTABLE AND PUNISHED FOR THEIR UNLAWFUL ACTIONS.**

DEMAND

100 MILLION FOR PUNITIVE DAMAGES
100 MILLION FOR PAIN AND SUFFERING
LEGAL FEES FOR NON-JUDICIAL ACTS
LEGAL FEES FOR RULING IN JUDICIAL VACUUM
ANY ADDITIONAL DAMAGES NOT YET ACCOUNTED FOR

Marcia Copeland, MD

Marcia Copeland
2 Apple Ridge Way
East Brunswick, NJ 08816
804-301-7337
856-729-6275

# Remove NJ Superior Court Judge Mary Eva Colalillo from the Bench



## Signatures

9 TOTAL

Sign Petition Now!

Sponsored links

Page 1

1
**Name:** *Anonymous* on Jun 5, 2013
**Comments:** Please please please contact me. she just issued a ruling in favor of my drug addict sister who is trying to rob me of my half of my parent's estate My lawyer said that he had never seen this kind of ruling in 35 years. please call me, lets get together and get some justice. my phone is 201 381 7586
Flag

2
**Name:** Adam Kagan on Jun 7, 2013
**Comments:** I can't believe this judge is still on the bench! Read her decisions – unbelieveable. She changes people's wills, right and left. She has no respect for people's last wishes or the dead. There have already been two attempts to get rid of her ... Pray the third time works Her decisions are based on who your lawyer is NOT on th actual will! Sign the petition now or contact tough2sweet2@yahoo.com.
Flag

3
**Name:** Joseph Rosado on Aug 6. 2013
**Comments:** First judge I've known to disallow testimony from plaintiffs. Very biased to defense Extremely disdainful towards men. Refuses to do her duty. Tried to move my case to a lesser court. It was actually a veiled threat towards my attorney because he appealed her ruling(a non related case) and appeals handed down a win to my attorney overriding her verdict. Yeah, they don't like that.
Flag

4
**Name:** *Anonymous* on Aug 18, 2013
**Comments:** THIS JUDGE IS A DANGER TO THE PUBLIC! This judge feels she is "untouchable." If you are a legal heir, she make sure only "connected" law firms will receive your share of the entire estate Deliberately ignores instructions in Wills. Will hold no plenary hearings or trial. Tries to spin her decisions to get away with the scam. If you live In Camden County, and prepare a Will, the heirs will not receive their rightful or legal inheritance. The Estate monies will go to specific law firms and eventually she will benefit. Corrupt is an understatement.
Flag

5
**Name:** *Anonymous* on Aug 18, 2013
**Comments:** REMOVE THIS JUDGE IMMEDIATELY. HOLD ON TO YOUR WALLET BEWARE SHE IS IN THE POCKETS OF SPECIFIC LAW FIRMS. DELIBERATELY REFUSES TO PERFORM ANY HEARINGS OR TRIALS. DECISIONS FAVOR CERTAIN LAW FIRMS. BLATANTLY BIASED, AND CORRUPT. ENOUGH IS ENOUGH. ACJC REFUSES TO INVESTIGATE HER BECAUSE SHE IS PROTECTED BY CORRUPT PERSON.
Flag

6
**Name:** *Anonymous* on Aug 18, 2013
**Comments:** JUDGE WILL MAKE SURE THAT YOU HAVE NO RIGHT OF APPEAL. MAKES A FEW PHONE CALLS SO THAT YOUR NOTICE OF APPEAL WILL BE LOST BE THE APPELLANT COURT NEEDS TO BE REMOVED FROM THE BENCH IMMEDIATELY. SHE IS THE POSTER FOR CORRUPTION AND KICK BACKS. WHY IS SHE STILL ON THE BENCH?

Flag

7
**Name:** *Anonymous* on Aug 19, 2013
**Comments:** DANGER TO PUBLIC IS AN UNDERSTATEMENT! SHE SHOULD HAVE BEEN REMOVED IN 2005 WHEN SHE WAS UNDER INVESTIGATION. DON'T BE SURPRISED IF SHE IS UNDER INVESTIGATION NOW. SO ARROGANT THAT SHE BELIEVES SHE IS "UNTOUCHABLE." DELIBERATELY DOES NOT FOLLOW THE LAW, ABUSES HER POWER TO ENHANCE THE RICHES OF SPECIFIC LAW FIRMS MY ATTORNEYS TOLD ME THERE IS NO HOPE FOR MY LEGAL INHERITANCE PER A WILL BECAUSE SHE ALWAYS RULES IN FAVOR OF AWARDING ENTIRE PROCEEDS TO CERTAIN LAW FIRMS LIKE KULZER & DIPADOVA AND PUFF & COCKELL, NO SURPRISE HERE. EVEN THE SMALLEST OF CASES SHE HAS MEDDLE IN! TOO ARROGANT TO KNOW THAT SHE IS BEING WATCHED! AND, DON'T BE SURPRISE IF AN INVESTIGATION IS PENDING. ROTTEN TO THE CORE SHE WILL BE HELD ACCOUNTABLE FOR HER ILLEGAL DECISIONS. TOO MANY PERSONS HAVE COMPLAINED. NO LONGER MENTALLY STABLE TO BE ON THE BENCH! GLAZED EYES? WHAT THAT ABOUT?
Flag

8
**Name:** *Anonymous* on Aug 19, 2013
**Comments:** I too have experience those glazed eyes of judge Mary Eva Colalillo, taking on the record in nonsense, nothing to do about the case at hand. She threw all other lawyers out of her courtroom and ranted and raved. my attorney could not stop her or figure out what she was talking about! My attorney finally said "no hope" "not because you did anything wrong." She refused to acknowledge a legal heir a Will, and said on the record that "I cannot stand her." I did not have to any estate monies, making sure the law firm of Kulzer & DiPadova receive the entire proceeds of an accounting. There was no estate accounting at all. She refuses to acknowledge the Will on file in the Surrogate Office. How many more heirs have been illegally deprived their rightful inheritance because of Colalillo connections to specific law firms VERY VERY BAD JUDGE! BLATANTLY BIASED AND arrogant about her decisions. UNTOUCHABLE JUDGE MARY EVA COLALILLO, SHE LIKES THE DEVIL HIMSELF. NJ JUDICIARY OFFICIALS KNOW ABOUT HER CASES BUT REFUSED TO DO ANYTHING ABOUT HER BECAUSE SHE IS ABOVE THE LAW
Flag

9
**Name:** *Anonymous* on Aug 24, 2013
**Comments:** This judge is a DANGER TO THE PUBLIC if you resident is in Camden County and you die with a Will, Judge Colalillo will make sure your heirs will not receive their rightful and legal inheritance. She believes it is her money to be distributed among her connected law firms. WAKE UP NJ STATE OFFICIALS REMOVE HER FROM THE BENCH NOW! NJ ACJC DIRECTOR JOHN TONELLI BELIEVES HE WALKS ON WATER, AND HE REFUSES TO INVESTIGATE JUDGE COLALILLO DESPITE ALL THE EVIDENCE! WHY? IS HE CONNECTED TO?
Flag

Page **1**

iPetitions is owned and operated by Angle Three Associates LLC - All material © Copyright Angle Three Associates LLC 1998-2013 - Terms of Use

Lynch, Kamich & Yehm, LLP
1020 Laurel Oak Road
Suite 100
Voorhees, NJ 08043
(856) 309-0200
Attorney(s) for Claimant(s)
Our File No. 180-004

TRUE COPY
SUPERIOR COURT OF NEW JERSEY

| | |
|---|---|
| ABO & COMPANY, LLC,<br>Plaintiff (s)<br><br>v.<br><br>DR. MARCIA COPELAND a/k/a MARCEA COPELAND; THE MARCIA COPELAND LIVING TRUST; JANE DOE TRUSTEE OF THE MARCIA COPELAND LIVING TRUST; JACKSON ANESTHESIA ASSOCIATES, LLC; ERLINE RENTAL COMMUNITIES, LLC; JOHN DOES 1-10; ABC CORPORATIONS 1-10; and XYZ LIMITED LIABILITY COMPANIES 1-10<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>CAMDEN COUNTY<br>CHANCERY DIVISION<br><br>Case No.: C-0140-12<br><br>Civil Action<br><br>ORDER |

This matter having been brought before the Court on Plaintiff's Amended Verified Complaint and Order to Show Cause, and the Court having considered the moving papers, the Defendants' responsive papers, if any and the arguments of counsel and the parties, if any, and for good cause shown:

IT IS ON THIS 9th day of April, 2013 ORDERED that:

(1) Defendants are hereby restrained and temporarily enjoined from liening, mortgaging, hypothecating, transferring, dissipating or dissolving any assets whatsoever.

including the real properties listed below and any rents collected there from, as well as disbursements from Defendant Jackson to Defendant Copeland, until such time as Plaintiff's Judgment claim against Defendant Copeland is paid in full; and

(2) Robert Solduti, Esquire is hereby appointed as a receiver in this action. The receiver has the authority and is directed to collect and take possession of rents for the properties identified and set forth below, take possession of the properties, including all buildings, improvements, fixtures, appurtenances, materials, and equipment thereupon each property, secure the vacation of the properties and upon vacation of the properties by the current residents to preserve and protect the value of the properties, to put them into saleable condition and to arrange for the sale of the properties free and clear of any rights, titles, claims, or interests of Defendants; and

(3) The receiver shall hold all rents collected and all proceeds of sale of the properties, net of any closing costs, including any earnest money deposits, in an interest bearing account until such time as this Court shall make further order regarding the distribution of those proceeds; and

(4) The receiver shall have all the rights and powers necessary to fulfill its obligations under this Order, specifically including but not limited to, the power to enter onto the properties, to manage the properties, to collect rents on the properties, to advertise the sale of the properties and to take any action reasonably necessary to protect and to preserve the value of the properties prior to the sale, and to put into saleable condition, including making expenditures of funds for reasonable and necessary maintenance and improvements, including but not limited to the purchase of property and liability insurance; and

(5) The receiver shall be compensated from the proceeds of the sale of the properties, which compensation shall also include its reasonable and necessary expenditures to protect and to preserve the value of the properties; and

(6) The Defendants and all persons acting in concert with, or on their behalf, are hereby restrained and enjoined from interfering in any way with the properties, or with the receiver, or with the receiver's efforts to comply with its obligations under this Order, and any violations of this Order may result in a fine, or incarceration, or both; and

(7) Upon appointment, the receiver shall post a bond in the amount of $ 10,000 in accordance with the provisions of N.J S.A. §2A:42-126, and costs shall be assessed against the non-prevailing party in the litigation.

(8) The properties subject to this Order are the following:

**A. Properties Transferred by Defendant Copeland to the Trust:**

1A. 2 Apple Ridge Way, East Brunswick, Middlesex County, New Jersey;

2A. 711 N. 3rd Street, Millville, Cumberland County, New Jersey;

3A. 713 N. 3rd Street, Millville, Cumberland County, New Jersey;

4A. 1026 Alcyon Drive, Bellmawr, Camden County, New Jersey;

5A. 3729 Schleicher Ave., Pennsauken, Camden County, New Jersey;

6A 3740 Frosthoffer Ave , Pennsauken, Camden County, New Jersey;

7A. 5541 Terrace Ave., Pennsauken, Camden County. New Jersey; and

8A. 4394 Lario Way, Pennsauken, Camden County, New Jersey

**B. Properties Transferred by Defendant Erline to the Trust:**

1B. 421 N. Church St., Moorestown, Burlington County, New Jersey;

2B. 121 E. Browning, Bellmawr, Camden County, New Jersey;